**Motion Granted, Appeal Dismissed and Memorandum Opinion filed December 20, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00719-CV

---

**BUG STATE PEST CONTROL, INC., Appellant**

**V.**

**ACCUTROL EXTERMINATING & MOSQUITO SYSTEMS, LLC; ACCUTROL PEST MANAGEMENT, LLC; AND BRYAN ZENTKOVICH, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-51567**

---

## MEMORANDUM OPINION

This is an appeal from a final judgment signed August 30, 2021. On November 30, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.